PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cynthia Rodriguez                                    Cr.: 02-00861-001

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 10-20-03

Original Offense: Importation of Heroin

Original Sentence: 27 months imprisonment; 5 years of TSR

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04-28-06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On June 20, 2007, the offender was given a written incident report for failing to submit timely monthly supervision reports for March, April, and May 2007. She was also reprimanded for not being employed, and failing to notify the probation officer of a change in employment.

On September 10, 2007, the offender was given a written incident report for failing to submit timely monthly supervision reports for the months of July and August 2007, and for failing to notify the probation officer of a change in employment.

On October 12, 2007, the offender was given a written incident report for the following violations:

1. On October 1, 2007 the offender failed to report in person to the probation office and submit a monthly supervision report as directed on September 10, 2007.

2. Since August 31, 2007, the offender has failed to work regularly as required.

3. On July 14, 2007 the offender was issued a citation for careless driving by Florida State Trooper Gosier and she failed to notify the probation office.

PROB 12B - Page 2
Cynthia Rodriguez

4. On October 10, 2007, in Port Saint Lucie County, Florida, the offender operated a motor vehicle while her license was suspended, contrary to Florida Statute 322.34. On October 11, 2007, she was released after posting a $250 bond.

Respectfully submitted,

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 12-05-07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/14/07
Date